**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **DENNISON RAVAL,**<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**AMERICA'S SERVICING COMPANY,** *et al.***,**<br><br>　　　　Defendants. | Case No.: 15-CV-4030 YGR<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

　　　　Pursuant to Civil Local Rule 16-2(a) and 16-9, Plaintiff was required to serve a copy of the order setting the initial case management conference along with the summons and complaint, and to file a joint or separate case management statement no less than seven days prior to the conference. Pro se Plaintiff Dennison Raval filed the present lawsuit on September 3, 2015. Plaintiff has not yet filed proof of service upon Defendants America's Servicing Company and NDEX West LLC ("Defendants") and has not filed a case management statement in advance of the initial case management conference set for **December 7, 2015**, at 2:00 p.m. (Dkt. No. 11.) No such case management statement has been filed, and it appears that Defendants have not yet been served.

　　　　The case management conference currently set for December 7, 2015, is **CONTINUED** to **February 29, 2016, at 2:00 p.m**., United States Courthouse, 1301 Clay Street, Oakland.

　　　　Plaintiff is cautioned that Federal Rule of Civil Procedure 4(m) requires the filing of proof of service of Defendants with a summons and complaint no later than January 1, 2016. *See* F.R.Civ.P. 4(m) (under version of rule in effect at the time of filing, service required within 120

days).  If Plaintiff fails to serve the summons and complaint, or to file a motion for extension of time to serve setting forth good cause reasons why Defendants have not yet been served, by January 1, 2016, the complaint herein will be subject to dismissal for failure to prosecute.

**IT IS SO ORDERED**.

Date: December 3, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**