UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNISON RAVAL,<br><br>                    Plaintiff,<br><br>          v.<br><br>AMERICA'S SERVICING COMPANY, et al.,<br><br>                    Defendants. | Case No.  15-cv-04030-YGR<br><br>**ORDER TO SHOW CAUSE RE: DISMISSAL**<br><br>Re: Dkt. No. 12 |

Plaintiff Dennison Raval having failed to appear at the case management conference on February 29, 2016, having failed to serve defendants in this action, and having failed to file a case management conference statement in advance of the case management conference,

THE COURT hereby issues an ORDER TO SHOW CAUSE why plaintiff Dennison Raval's claims should not be dismissed for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

Plaintiff shall file a written statement regarding the status of service of his complaint no later than **March 21, 2016**.  If plaintiff fails to file such statement timely, the case shall be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: March 2, 2016

_____
YVONNE GONZALEZ ROGERS
United States District Court  Judge